CHING K. CHIAO (SBN 243201)

CHIAO & WU, LLP

600 S. Lake Avenue, Suite 303

Pasadena, California 91106

(626) 698-0088 tel

(626) 698-0068 fax


Attorneys for Plaintiff and Counterclaim Defendant

DONG GUAN EASTAR FOOTWEAR ENTERPRISES CO. LTD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONG GUAN EASTAR FOOTWEAR ENTERPRISES CO. LTD., a Chinese corporation;<br><br>Plaintiff,<br><br>vs.<br><br>TOESOX, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 13CV0794 AJB WVG<br>Dept.: 2A<br>Judge: Hon. Anthony J. Battaglia<br><br>DONG GUAN EASTAR FOOTWEAR ENTERPRISES CO. LTD.'S ANSWER TO COUNTERCLAIM; JURY TRIAL DEMANDED |

TOESOX, INC., a California corporation,

   Counterclaimant,

vs.

DONG GUAN EASTAR FOOTWEAR ENTERPRISES CO. LTD., a Chinese corporation; and ROES 1 through 10, inclusive,

   Counterclaim- Defendants

Comes now, Plaintiff and Counterclaim-Defendant DONG GUAN EASTAR FOOTWEAR ENTERPRISES CO. LTD. ("Eastar"), for itself and no other, and Answers the Counterclaim [D/E 6] of TOESOX, INC. ("ToeSox"), as follows:

1. Eastar denies, generally and specifically, each and every allegation in the Counterclaim, and further denies that ToeSox is entitled to the relief requested, or that ToeSox has been damaged in any amount, or at all.

### **FIRST AFFIRMATIVE DEFENSE**
(Failure to State Cause of Action)

2. Each and every claim in the Counterclaim, and/or the whole thereof, fails to state facts sufficient to constitute a claim against Eastar.

### **SECOND AFFIRMATIVE DEFENSE**
(Adequate Remedies)

3. ToeSox's claims including, but not limited to its claims for equitable

relief, if any, are barred because ToeSox has adequate legal remedies.

### THIRD AFFIRMATIVE DEFENSE
(Laches)

4. ToeSox's claims for relief including, but not limited to its claims for equitable relief, against Eastar are barred by the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE
(Unclean Hands)

5. ToeSox's unclean hands preclude ToeSox's claims for relief against Eastar.

### FIFTH AFFIRMATIVE DEFENSE
(Waiver)

6. ToeSox has waived the claims for relief alleged in the Counterclaim.

### SIXTH AFFIRMATIVE DEFENSE
(Estoppel)

7. ToeSox is estopped by its inequitable conduct from pursuing any claims for relief against Eastar.

### SEVENTH AFFIRMATIVE DEFENSE
(Failure to Mitigate)

8. ToeSox's claims for relief against Eastar are barred in their entirety because ToeSox has failed to mitigate its alleged damages.

### EIGHTH AFFIRMATIVE DEFENSE
(Statute of Limitations)

9. ToeSox's claims for relief against Eastar are barred in whole or in part by the applicable statute of limitations period.

### NINETH AFFIRMATIVE DEFENSE
(Fraud by ToeSox)

10. Any failure by Eastar to perform any obligations allegedly owed to ToeSox was excused and justified by ToeSox's fraudulent conduct.

## TENTH AFFIRMATIVE DEFENSE
(Comparative Fault)

11. If ToeSox sustained any damage as alleged in the Counterclaim, such damage was proximately caused and contributed to by persons, entities or parties other than Eastar in failing to conduct themselves in a manner ordinarily expected of reasonably prudent persons and entities in the conduct of their affairs and businesses.

## ELEVENTH AFFIRMATIVE DEFENSE
(Contributory Fault)

12. If ToeSox sustained any damage as alleged in the Counterclaim, such damage was proximately caused and contributed to by persons, entities or parties other than Eastar in failing to conduct themselves in a manner ordinarily expected of reasonably prudent persons and entities in the conduct of their affairs and businesses. The contributory negligence and fault of ToeSox diminish any recovery herein.

## TWELFTH AFFIRMATIVE DEFENSE
(Acceptance)

13. ToeSox's claims against Eastar are barred because ToeSox accepted any alleged non-conforming goods from Eastar.

## THIRTEENTH AFFIRMATIVE DEFENSE
(Right to Assert Additional Affirmative Defenses)

14. Eastar presently has insufficient knowledge or information on which to form a belief as to whether there may be additional, as yet unstated, affirmative defenses available. Thus, subject to discovery in this action, Eastar expressly reserves its right to assert additional affirmative defenses.

/ / /
/ / /
/ / /
/ / /
/ / /

## **PRAYER FOR RELIEF**

**WHEREFORE**, Eastar prays that ToeSox take nothing by reason of the Counterclaim and that said Counterclaim be dismissed with prejudice and that Eastar have judgment of its costs of suit and other such relief as this Court may deem just and proper. Eastar further prays for a jury trial on all issues so triable.

*Respectfully submitted by:*

DATED: June 14, 2013          CHIAO & WU, LLP

By: */s/Ching K. Chiao*

Ching K. Chiao

Attorneys for Plaintiff and Counterclaim-Defendant DONG GUAN EASTAR FOOTWEAR ENTERPRISES CO. LTD.